# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

Marilyn Kelly,
Chief Justice

140082(31)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

                                      SC: 140082
                                      COA: 292500

THOMAS JAMES WALLACE,
          Defendant-Appellant.
                                      Calhoun CC: 2004-000357-FC

_____/

       On order of the Court, the motion for reconsideration of this Court's January 29, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010 _____

                                _____
                                           Clerk

p0419